### Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 24  

**IP Address:** 173.68.49.213  
**ISP:** Verizon Internet Services

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: BB9B1D5CE4DB5A34BD2C3BF4186B2281F6935ADA<br>File Hash: D044D10640875D6E7D75C830EB2613AD8553831CA0CBECE175559DABE29252DF | 04-17-2021 17:54:09 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 2 | Info Hash: 9E3B4B439245DC0F4042F4B6E2E9FCC3DCEF4FAC<br>File Hash: E056F23FC18FD619FAB77194358954804794BDF1A173CF9D4C1A22F94D178C2B | 04-17-2021 17:41:52 | Tushy | 02-28-2021 | 03-22-2021 | PA0002282501 |
| 3 | Info Hash: DB7242A1385295C654F1596BC1E47270AD41E7FE<br>File Hash: AD468CA8031D3E3A3680F1268A7CDF31AD8C53E395C66DA879B8C211D3BA5CFF | 04-17-2021 14:12:03 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 4 | Info Hash: BF797419A29FE1276359C8C40DC7B8F8E59FDC1B<br>File Hash: D6A6ADB0EA4C85B4B77544D3DC4ADFFFCBD645B53C03D19693AE505C16011ED1 | 02-13-2021 06:31:48 | Tushy | 01-10-2021 | 02-09-2021 | PA0002276153 |
| 5 | Info Hash: 08E0F03F7656F2101A8EC5CBCB8ABD6B8BFD5AF8<br>File Hash: 44C794B58B90627A34DF9D6B904EF6B6784E2EEB410EAC42028BA6853399E6FF | 02-08-2021 15:55:14 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 6 | Info Hash: DBBD57802F79E1E26BADC38C3C108503D6BFA3CC<br>File Hash: 02F32E0DC94C9DA27314811BFA28BBFAC276777DB62931A176071D2A9F5D3A26 | 02-08-2021 02:12:33 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 7 | Info Hash: 12E9D5A5076916A0D0E2D2E6C76ECEC6C71B477F<br>File Hash: A2129D366B86687DFB8D81B3F6519F5DEDC39BC5C1CEBD842AA4DD68FBD40E31 | 02-08-2021 02:07:05 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |
| 8 | Info Hash: 5D1DD65222D7CE94245EA40517D2AA865C9252FF<br>File Hash: 5E273757E522059F726E0BEE18757D1A21D92F328C2BE811DDBE4F799315A5CA | 02-07-2021 19:42:29 | Blacked Raw | 01-11-2021 | 02-26-2021 | PA0002283703 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: E286F7AA73F577065776C5D29062592717619591<br>File Hash: BB8C31BE21E18A2CC4F9AF12F04E4BFE930E2FE2C010CE7780EB79F2B57AB516 | 12-04-2020 04:57:00 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 10 | Info Hash: 7121EACE63D95B8A8904ED58CB1654C7483A63CD<br>File Hash: B98F6BFDC3305A169AE0A233E2D52658B65633EBEDB4B2226B2271379018E633 | 11-19-2020 05:57:10 | Vixen | 11-13-2020 | 12-09-2020 | PA0002274953 |
| 11 | Info Hash: 3AB4379E04C0DE3E0E2DEC5D57D1E2734620A57F<br>File Hash: BE3492729C0629A0CA3B64EA8DDC9C3921289208476737232A7644831F847EE7 | 11-13-2020 13:49:51 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 12 | Info Hash: 1DE23C217918946CD21F6003E50FF3EB46CDB5B9<br>File Hash: F8590FA3E4ABD7EFA760EC831C84F413BC8A3705478DB5BBD17E3D6F601070A6 | 11-03-2020 04:11:20 | Tushy | 11-01-2020 | 11-18-2020 | PA0002272627 |
| 13 | Info Hash: 5555D41E1F8D8EDD7B6D66ABC90A9DE0D20D2F68<br>File Hash: 1ECBD28FE7B2EC1078ECCDFADF78AC73592D9AD113754DED150A586FA922E678 | 10-12-2020 01:39:15 | Vixen | 10-09-2020 | 11-18-2020 | PA0002272626 |
| 14 | Info Hash: 7C05970693631664015FA0BA24831A5B6B9EC79F<br>File Hash: 9B25E11D198FB0C68CFFE7B3DB693C4E549E9F06233EE1E20DBFE7FDBA3C7EEC | 10-07-2020 02:53:09 | Blacked Raw | 10-05-2020 | 10-22-2020 | PA0002261806 |
| 15 | Info Hash: 09D65CC86F342595894E6E1AAC1BE37224B9F637<br>File Hash: 2A8F20D68655A1CAE08353247050546D2AB13AADF18DFAE66DE218D7F169C6DB | 09-28-2020 16:17:28 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |
| 16 | Info Hash: 1F2C5F4B6B5C68130A465DC3DFDDB762C9FD8F8E<br>File Hash: 9BA7602C4DC7C8C5E2B2E278331BAD07FB7B0F1F7FB7BC3A2CB4DDB75E035D85 | 09-28-2020 16:17:01 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 17 | Info Hash: EA0933C026CAC051707CDA6CAAAB5FA9F7E359A0<br>File Hash: 289F90643B7440680598489942862696679EC0E9FE7FCDA6FE8EA60096F41A9 | 09-28-2020 16:12:22 | Blacked | 09-19-2020 | 09-29-2020 | PA0002258681 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: D038231EA01AF439C3664135051CDD33B5CB1032<br>File Hash: 6FB0C33131D8E77CFBD1AFACE91E1FB736ADD1C537C1AE7B7397A10536993050 | 09-28-2020 13:11:36 | Blacked Raw | 09-21-2020 | 09-29-2020 | PA0002258687 |
| 19 | Info Hash: CF68460DE9D9906097987EC8282AFEB65C3285B7<br>File Hash: 89D2A8B1E0C33574D55170A12C1AC1BEAAA8DAD27057E862E44E6FD7099822CB | 09-20-2020 16:38:20 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 20 | Info Hash: D3AB5B42A043175636956905D0337D0D4B1D00F8<br>File Hash: 22EC1E4747F04A13C387677A3BAE781749A3F4933F9C734834E37550CE58911D | 09-20-2020 16:27:37 | Vixen | 07-31-2020 | 08-11-2020 | PA0002252260 |
| 21 | Info Hash: D6E0A40D7E916C17226EFE6BB7290F89845DA1AD<br>File Hash: 2D65FAB3ECF540837E4442CCF67DBD19262CBC25898523B6ABC46F2B681AA87F | 09-20-2020 16:25:35 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |
| 22 | Info Hash: 4B63E6F9555061E972578913C92B7B1DC4E58764<br>File Hash: 5C65BEEF3B3773BFC91719C8CFE389D49DD8416CA8EEC630985FFFA7216250D2 | 09-20-2020 16:23:56 | Blacked Raw | 08-10-2020 | 08-18-2020 | PA0002253097 |
| 23 | Info Hash: 19816DD7F8D6650A9DF46433A617858034440FC8<br>File Hash: E1AAAC64CF57691DC520C1191297E95EF1C1A8CB1F21C0C1C938013F2272C71A | 09-20-2020 16:23:56 | Blacked | 08-08-2020 | 08-31-2020 | PA0002265640 |
| 24 | Info Hash: AB1F311A07A1F2F7A3D6E2C770B210BACE048BED<br>File Hash: 9DB8AD43749309665702A971FE7E0D90BFF1F2168003E50E89972394AD7F49C2 | 09-20-2020 16:23:24 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |